1          THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8

| | |
|---|---|
| BOARD OF TRUSTEES OF THE<br>WESTERN METAL INDUSTRY<br>PENSION FUND,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PACIFIC SHIP REPAIR &<br>FABRICATION, INC., a California<br>Corporation, Washington UBI No. 601 518<br>674,<br>                    Defendant. | NO.  2:24-cv-00148-RSM<br><br>ORDER ON MOTION TO COMPEL<br>PRODUCTION OF EMPLOYMENT<br>SECURITY DEPARTMENT RECORDS |

15

        THIS MATTER, having come on regularly before this court upon motion of plaintiff,

and this Court having before it the declaration of counsel filed in support of this motion and

being otherwise duly advised in the premises,

        NOW, THEREFORE, it is ADJUDGED and ORDERED as follows:

        1.      The production of records in the possession of the Washington State

Employment Security Department regarding employees of Pacific Ship Repair & Fabrication,

Inc. for October 2023 through current is necessary for the prosecution of plaintiff's case.

ORDER ON MOTION TO COMPEL ESD RECORDS – 1
CAUSE NO. 2:24-cv-00148-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



1    2.    This necessity outweighs any interest in the confidentiality or privacy of this

2    information of the individual employees, if counsel for plaintiff treats these records as

3    confidential and discloses only such information as is necessary to prosecute this action.

4    3.    Pursuant to RCW 50.13.070, the Washington State Employment Security

5    Department is now ORDERED to produce copies of originals of all documents or records in

6    its possession related to employee reports of Pacific Ship Repair & Fabrication, Inc. at a

7    mutually agreed time and place between the Department and attorneys for the plaintiffs, but in

8    any case and failing agreement, at the offices of the attorneys for the plaintiffs within twenty

9    (20) days of the date of service of this Order upon the Department.

10    DATED this 3rd day of September, 2024.

11

12

13    RICARDO S. MARTINEZ
       UNITED STATES DISTRICT JUDGE

14

15

16    Presented by:

17

       /s/ Noelle E. Dwarzski
18    Noelle E. Dwarzski, WSBA #40041
       BARLOW COUGHRAN
19    MORALES & JOSEPHSON, P.S.
       Attorneys for Plaintiff

20

21

22

ORDER ON MOTION TO COMPEL ESD RECORDS – 2
CAUSE NO. 2:24-cv-00148-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

