THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>PACIFIC SHIP REPAIR & FABRICATION, INC., a California Corporation, Washington UBI No. 601 518 674,<br><br>        Defendant. | NO. 2:24-cv-00148-RSM<br><br>ORDER ON MOTION TO EXTEND DEADLINE |

THIS MATTER having been submitted to the Court on motion by the Plaintiff and the Court having reviewed the records and files herein, and otherwise being fully advised:

IT IS HEREBY ORDERED that the deadline to file a motion for default judgment or other relief is extended sixty days to December 9, 2024.

DATED this 6th day of September, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO EXTEND DEADLINE – 1
CAUSE NO. 2:24-cv-00148-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

7301 018 hi05dh01zw


1
2  Presented by:

3   /s/ Noelle E. Dwarzski
    Noelle E. Dwarzski, WSBA #40041
    BARLOW COUGHRAN
4   MORALES & JOSEPHSON, P.S.
    Attorneys for Plaintiff Trust Fund
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER ON MOTION TO EXTEND DEADLINE – 2
CAUSE NO. 2:24-cv-00148-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

7301 018 hi05dh01zw

